No. 87–114.   MAGYAR ET UX. v. UNITED FIRE INSURANCE CO. ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 87–115.   OLAVARRIETA v. UNITED STATES ET AL.   C. A. 11th Cir.   Certiorari denied.

No. 87–117.   OKC LIMITED PARTNERSHIP v. PHILLIPS OIL CO. C. A. 5th Cir.   Certiorari denied.

No. 87–118.   MAYNARD v. PRIESTER.   Ct. App. Cal., 2d App. Dist.   Certiorari denied.

No. 87–122.   MOSCO v. BALTIMORE & OHIO RAILROAD CO. C. A. 4th Cir.   Certiorari denied.

No. 87–124.   TAFOYA v. ADAMS ET AL.   C. A. 10th Cir.   Certiorari denied.

No. 87–125.   NEC ELECTRONICS INC. v. CAL CIRCUIT ABCO, INC., ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 87–127.   WILLIAMS v. UNITED STATES.   C. A. 5th Cir. Certiorari denied.

No. 87–128.   POSTEL v. TEXAS WATER DEVELOPMENT BOARD ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 87–130.   BELL ET AL. v. TEAMSTERS LOCAL UNION NO. 317, SYRACUSE, NEW YORK, AFFILIATED WITH THE INTERNATIONAL BROTHERHOOD OF TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN & HELPERS OF AMERICA, ET AL.   C. A. 2d Cir. Certiorari denied.

No. 87–132.   PENNSYLVANIA DENTAL ASSN. ET AL. v. MEDICAL SERVICE ASSOCIATION OF PENNSYLVANIA, DBA PENNSYLVANIA BLUE SHIELD.   C. A. 3d Cir.   Certiorari denied.

No. 87–136.   SPAGNUOLO v. UNITED STATES.   C. A. 6th Cir. Certiorari denied.